PETER A. LINDH (061907)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: plindh@gibsonrobb.com
       mlovell@gibsonrobb.com

Attorneys for Plaintiff-in-Limitation
F/V ANN R, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Plaintiff-in-Limitation F/V ANN R, INC., as owner of F/V ANN R, for exoneration from and/or limitation of liability | Case No. CV 10 2410<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE AND PUBLICATION THEREOF, AND RESTRAINING ORDER |

WHEREAS, this complaint for exoneration from or limitation of liability is being filed simultaneously with this [proposed] order by Plaintiff-in-Limitation F/V ANN R, INC., as owner of the F/V ANN R, wherein Plaintiff-in-Limitation seeks exoneration from or limitation of liability for any and all losses, injuries and/or damages occasioned as a result of the incident aboard the F/V ANN R resulting in an injury to Noe Torres on or about January 28, 2010, off the coast of California, and certain other relief; and

WHEREAS, the complaint having stated the facts and circumstances upon which said exoneration or limitation is claimed; and

WHEREAS, it appearing that the claims that may be made against Plaintiff-in-Limitation may be in amounts which will exceed the value of Plaintiff-in-Limitation's interest in the vessel F/V ANN R for losses, injuries and/or damages said to have been occasioned or incurred in consequence of the aforesaid voyage; and

WHEREAS, Plaintiff-in-Limitation's surety has given security for damages in costs herein;

1     AND NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for Plaintiff-in-Limitation, it is hereby:

3     ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted with this Order, to all persons or entities asserting claims with respect to which the complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court and serve attorneys for Plaintiff-in-Limitation with a copy thereof within 30 days of the issuance of the notice;

8     AND IT IS FURTHER ORDERED that public notice shall be given by publication thereof in the legal newspaper known as "Daily Journal," and that such notice shall be published once a week for four consecutive weeks prior to the date affixed herein for filing of claims;

11     AND IT IS FURTHER ORDERED that not later than the date of the second publication of said notice, Plaintiff-in-Limitation shall mail a copy of said notice to every person or concern, if any, known to have made any claim against Plaintiff-in-Limitation and to decedent at the decedent's last known address and to any person who shall be known to have made a claim on account of such death or injury, as a result of the incident involving the F/V ANN R on or about January 28, 2010;

17     AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits, actions or proceedings which may already have begun against Plaintiff-in-Limitation in any court whatsoever to recover damages arising out of, or occasioned by, or consequent upon the aforesaid voyage or trip on which the F/V ANN R was engaged during which Noe Torres was injured, and institution or prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court wheresoever, except in this proceeding for exoneration from or limitation of liability against Plaintiff-in-Limitation, in respect of any claim or claims arising out of the aforesaid voyage or trip on which the F/V ANN R was then engaged, or otherwise subject to limitation proceeding, be and the same are hereby are stayed and restrained;

26     AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining order shall be served by certified mail, return receipt requested, on the persons or entities to be restrained, or to their respective attorneys or representatives;

1     AND IT IS FURTHER ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

    IT IS SO ORDERED.

Dated: June 17, 2010

                                  _____
                                  U.S. District Court Judge
                                  UNITED STATES DISTRICT COURT
                                  Northern District of California

Presented by:

GIBSON ROBB & LINDH LLP

By:_____
    Marker E. Lovell, Jr.