PETER A. LINDH (061907)
MARKER E. LOVELL, JR. (208659)
CHELSEA D. YUAN (240559)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: plindh@gibsonrobb.com
       mlovell@gibsonrobb.com
       cyuan@gibsonrobb.com

Attorneys for Plaintiff-in-Limitation
F/V ANN R, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Plaintiff-in-Limitation F/V ANN R, INC., as owner of F/V ANN R, for exoneration from and/or limitation of liability | Case No. CV 10 2410 SI<br><br>[PROPOSED] JUDGMENT |

This action came before the Court, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court's November 5, 2010, order granting exoneration from liability in the above-captioned case, judgment shall be entered in favor of Plaintiff-in-Limitation F/V ANN R, INC.

Dated: November 5, 2010

_____
Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] JUDGMENT
Case No. CV 10 2410 SI; Our File No. 8002.83